61 A.3d 147

IN THE MATTER OF DUANE T. PHILLIPS, AN ATTORNEY
AT LAW (ATTORNEY NO. 039111993).

March 7, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–282, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **DUANE T. PHILLIPS** of **ABSECON,** who was admitted to the bar of this State in 1993, should be censured for violating *RPC* 1.3(lack of diligence); *RPC* 1.4(b)(failure to communicate with client); *RPC* 8.1(b) (failure to cooperate with ethics authorities); and *RPC* 8.4(c)(dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **DUANE T. PHILLIPS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.